Ethan A. Miller (State Bar No. 155965)
David A. Gabianelli (State Bar No. 158170)
SQUIRE, SANDERS & DEMPSEY L.L.P.
One Maritime Plaza, Suite 300
San Francisco, CA 94111-3492
Telephone: +1.415.954.0200
Facsimile: +1.415.393.9887
Email: eamiller@ssd.com
Email: dgabianelli@ssd.com

Attorneys for Defendant
PACIFIC INDEMNITY COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| NORTHERN CALIFORNIA RIVER WATCH, a non-profit corporation,<br><br>Plaintiff,<br><br>vs.<br><br>GOLDEN TECHNOLOGY COMPANY, PACIFIC INDEMNITY COMPANY, ARNOLD CARSTON, LARRY CARRILLO, FRANCINE CLAYTON, DOES 1 - 30, Inclusive,<br><br>Defendants. | CASE NO. CV-09-2581 (WHA)<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE A RESPONSIVE PLEADING** |

1  WHEREAS, Northern California River Watch filed this action on June 10, 2009,

2  WHEREAS, Pacific Indemnity Company, through its registered agent for service of
3  process, received service of the Summons and Complaint in this matter on June 12, 2009,

4  WHEREAS, the counsel for the parties have been in communication, and

5  WHEREAS, Pacific Indemnity Company requires additional time to prepare a responsive
6  pleading is specially appearing only for this reason,

7  Northern California River Watch and Pacific Indemnity Company STIPULATE as
8  follows:

9  The time for Pacific Indemnity Company to file an initial responsive pleading shall be
10 extended from July 2, 2009 to July 30, 2009.

**IT IS SO STIPULATED.**

DATED:   July 1, 2009          LAW OFFICE OF JACK SILVER

                               By:      /s/ Jack Silver
                                   JACK SILVER
                                   NORTHERN CALIFORNIA RIVER WATCH

DATED:   July 1, 2009          SQUIRE, SANDERS & DEMPSEY L.L.P.

                               By:      /s/ David A. Gabianelli
                                   DAVID A. GABIANELLI
                                   PACIFIC INDEMNITY COMPANY

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED:   July 2, 2009

                               HON.
                               United

*IT IS SO ORDERED*
*Judge William Alsup*

- 1 -

STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING TIME TO FILE A RESPONSIVE PLEADING,
CASE NO. CV09-2581 (WHA)

# PROOF OF SERVICE
(Pursuant to Federal Law)

I, LANII LANGLOIS, am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is One Maritime Plaza, Third Floor, San Francisco, California 94111-3492.

On July 1, 2009, I served the foregoing document described as:

**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE A RESPONSIVE PLEADING**

☒    Via United States District Court Electronic Filing Service on the parties as set forth below:

Jack Silver, Esq.
Law Office of Jack Silver
P.O. Box 5469
Santa Rosa, CA 95042-5469
**Tel.** 707-528-8175
**Fax.** 707-528-8675

Executed on July 1, 2009, at San Francisco, California. I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

/s/ *Lanii Langlois*
LANII LANGLOIS

**SQUIRE, SANDERS & DEMPSEY L.L.P.**
One Maritime Plaza, Suite 300
San Francisco, California 94111-3492

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE A RESPONSIVE PLEADING,
CASE NO. CV09-2581 (WHA)