IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NORTHERN CALIFORNIA RIVER WATCH, a non-profit corporation,

    Plaintiff,

  v.

GOLDEN TECHNOLOGY COMPANY, ARNOLD CARSTON, LARRY CARRILLO, FRANCINE CLAYTON, DOES 1–30 inclusive,

    Defendants.

No. C 09-02581 WHA

**ORDER SETTING HEARING ON PLAINTIFF'S DISCOVERY DISPUTE**

The Court is in receipt of plaintiff's letter of November 16, 2009, regarding a discovery dispute and hereby **SETS** a further meet-and-confer for **NOVEMBER 30, 2009, AT 8:00 A.M.** in the Court's jury room. Failing resolution of the issue(s), there will be a hearing at **10:30 A.M.** that same day. Defendant's response is due by 9:00 a.m. on November 25, 2009.

Counsel are reminded that only those who participate in the further meet-and-confer may argue at the hearing.

**IT IS SO ORDERED.**

Dated: November 17, 2009.

                                              WILLIAM ALSUP
                                              UNITED STATES DISTRICT JUDGE