IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHERN CALIFORNIA RIVER WATCH, a non-profit corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>GOLDEN TECHNOLOGY COMPANY, ARNOLD CARSTON, LARRY CARRILLO, FRANCINE CLAYTON, DOES 1-30, Inclusive,<br><br>    Defendants.<br>                                            / | No. C 09-02581 WHA<br><br>**ORDER SETTING DEADLINE FOR FILING PROOF OF SERVICE OF THIRD PARTY CROSS-COMPLAINT** |

    Defendants were granted leave to file a third party cross-complaint against Pacific Indemnity Company on October 26, 2009 (Dkt. No. 28). The Court hereby orders defendants to file proof of service of the third-party cross-complaint by **NOON ON FRIDAY, DECEMBER 4, 2009.**

    **IT IS SO ORDERED.**

Dated: November 30, 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE