IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHERN CALIFORNIA RIVER WATCH, a non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>GOLDEN TECHNOLOGY COMPANY, ARNOLD CARSTON, LARRY CARRILLO, FRANCINE CLAYTON, DOES 1-30, Inclusive,<br><br>Defendants. | No. C 09-02581 WHA<br><br>No. C 09-05496 WHA<br><br>**ORDER TO SHOW CAUSE WHY CASES SHOULD NOT BE CONSOLIDATED** |

Upon review of the pleadings in the above related cases, it appears that these two cases pending before the undersigned share not only the same parties, but nearly identical factual and legal issues. Specifically, both cases deal with alleged violations of the same sections of the Resource Conservation and Recovery Act under what appear to be similar, if not identical factual circumstances. Since the earlier action is still in the initial stages of discovery, the cases appear ripe for consolidation under Rule 42(a) of the FRCP.

The parties are hereby **ORDERED TO SHOW CAUSE** why the above numbered cases should not be consolidated for *all purposes* including trial, pursuant to Rule 42(a). The parties must file a response to this order to the *lowest* numbered case by **NOON ON FRIDAY, DECEMBER 18, 2009**.

**IT IS SO ORDERED.**

Dated: December 9, 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE