IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NORTHERN CALIFORNIA RIVER
WATCH, a non-profit corporation,

    Plaintiff,

  v.

GOLDEN TECHNOLOGY COMPANY,
ARNOLD CARSTON, LARRY
CARRILLO, FRANCINE CLAYTON,
DOES 1–30 inclusive,

    Defendants.

                                  /

No. C 09-02581 WHA

**ORDER SETTING HEARING ON PLAINTIFF'S DISCOVERY DISPUTES REFERENCED IN LETTERS OF DECEMBER 14 AND 17, 2009**

      A further meet-and-confer concerning the discovery disputes outlined in plaintiff's letters of December 14 and 17, 2009, is **SET** for **WEDNESDAY, DECEMBER 23, 2009, AT 8:00 A.M.** in the Court's jury room. Failing resolution of the issue(s), there will be a hearing at **10:30 A.M.** that same day. Defendant's response is due by 9:00 a.m. on December 22, 2009.

      Counsel are reminded that only those who participate in the further meet-and-confer may argue at the hearing.

      **IT IS SO ORDERED.**

Dated: December 17, 2009.

                                                    WILLIAM ALSUP
                                                    UNITED STATES DISTRICT JUDGE