IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHERN CALIFORNIA RIVER WATCH, a non-profit corporation,<br><br>          Plaintiff,<br><br>   v.<br><br>GOLDEN TECHNOLOGY COMPANY, ARNOLD CARSTON, LARRY CARRILLO, FRANCINE CLAYTON, DOES 1-30, Inclusive,<br><br>          Defendant.<br>_____/ | No. C 09-02581 WHA<br>No. C 09-05496 WHA<br><br>**ORDER CONSOLIDATING CASES AND SCHEDULING CASE MANAGEMENT CONFERENCE** |

After the above numbered cases were related on December 4, 2009, the undersigned filed an order to show cause why the two actions should not be consolidated for all purposes pursuant to FRCP 42(a) (Dkt. No. 39). In response, the parties — including third-party defendant Pacific Indemnity Company — filed a stipulation agreeing to consolidation, provided that their proposed case management schedule was adopted (Dkt. No. 41). Plaintiff's counsel and third-party defendant's counsel also filed separate letters indicating that no objections to consolidation would be made (Dkt. Nos. 42, 43).

In light of the above, this order hereby **CONSOLIDATES** the above-numbered cases for all purposes including, but not limited to, discovery, pretrial proceedings and trial proceedings, pursuant to FRCP 42(a). The files of the consolidated actions shall be maintained under one file, Master File No. C 09-02581 WHA. All future filings for these cases should be made to the

1  Master File.  Any other action now pending or hereafter filed in this District that arises out of the
2  same facts and claims as alleged in these related actions shall be consolidated for all purposes as
3  the Court is informed of them.  The parties shall notify the Court of any other action pending or
4  filed outside this District that may be related to the subject matter of these consolidated actions
5  should they become aware of such actions.

6  Since the parties in the consolidated cases are identical (and the parties' stipulation
7  indicates that Pacific Life Indemnity will also be served a third-party complaint in the newest
8  action), the caption of the consolidated cases with respect to party names shall remain unchanged.
9  However, *both case numbers* must appear on every future filing as shown on this order.  If a filing
10 pertains only to a specific action, an additional notation should be added below the case numbers
11 that states "This Document Relates To:  C 09-0XXX WHA."  If a filing pertains to both actions,
12 then this additional notation is not necessary.

13 Since consolidation necessitates revision of the case management schedule, the parties are
14 hereby ordered to attend a case management conference on **JANUARY 7, 2009, AT 2:00 P.M.** in
15 Courtroom 9 to discuss an appropriate schedule moving forward.  The parties' proposed schedule
16 will not be adopted without discussion thereon.  Until a new case management schedule order is
17 filed, the parties are reminded that all *existing* deadlines for each separate action remain in place.

19 **IT IS SO ORDERED.**

21 Dated:  December 17, 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2