1  consolidated schedule moving forward. Because these two cases are so similar in almost every
2  aspect, the parties' proposed stipulated schedule will not simply be "rubber stamped."
3      Additionally, the parties are reminded that *no* motions to dismiss for lack of subject matter
4  jurisdiction are currently pending before the undersigned with respect to either of these
5  consolidated actions. As such, protests over whether plaintiff has properly satisfied the notice
6  requirements for its RCRA claims — which is required for federal subject matter jurisdiction —
7  cannot be used as a shield against discovery.*

**IT IS SO ORDERED.**

Dated: December 23, 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

---

\* A brief comment on this topic. Defendants, in their opposition brief to this discovery dispute, argue that plaintiff failed to give notice to the California Department of Toxic Substances Control, which defendants claim is the "state solid waste management agency" to whom notice must be given under the RCRA (Dkt. No. 47 at 2). However, a brief glance at California Public Resources Code Section 40508 indicates that the California Integrated Waste Management Board — to whom notice *was* given — has been "designated as the state solid waste management agency for all purposes stated in the [RCRA]." While this comment does not constitute a final determination of this issue, defendants should consider this designation before raising the argument again.

2