Jack Silver, Esquire SBN# 160575
Law Office of Jack Silver
Post Office Box 5469
Santa Rosa, California 95402-5469
Telephone: (707) 528-8275
Facsimile: (707) 528-8675
lhm28843@sbcglobal.net

Attorney for Plaintiff
NORTHERN CALIFORNIA RIVER WATCH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHERN CALIFORNIA RIVER WATCH, a non-profit Corporation,<br><br>    Plaintiff,<br><br>v.<br><br>GOLDEN TECHNOLOGY COMPANY, ARNOLD CARSTON, LARRY CARRILLO, FRANCINE CLAYTON, DOES 1 - 30, Inclusive,<br><br>    Defendants.<br>_____/ | CASE No.:   3:09-cv-02581 WHA<br>               4:09-cv-05496 WHA<br><br>**This Document Relates To: 3:09-cv-02581 WHA**<br><br>STIPULATION OF DISMISSAL OF LOWER CASE ACTION; [PROPOSED] ORDER [FRCP § 41(a)]<br><br>(Case Mgmt. Conf. -  Jan. 7, 2010) |

Pursuant to FRCP 41(a)(1), IT IS HEREBY STIPULATED by and between Plaintiff NORTHERN CALIFORNIA RIVER WATCH, Defendants GOLDEN TECHNOLOGY COMPANY, ARNOLD CARSTON, LARRY CARRILLO, FRANCINE CLAYTON through their designated counsel of record, that Plaintiff's lower case action - Case No. 3:09-cv-02581 WHA may be dismissed in its entirety without prejudice. Each party agrees to bear its own costs and expenses of suit.

Dated: January 8, 2010         */s/ Jack Silver*
                               JACK SILVER.
                               Attorney for Plaintiff
                               NORTHERN CALIFORNIA RIVER WATCH

3:09-CV-02581 WHA/ 4:09-cv-05496 WHA
Stipulation of Dismissal of Lower Case Action; [Proposed] Order [FRCP § 41(a)]                    1

1  Dated: January 8, 2010                /s/ Peter L. Simon
                                         PETER L. SIMON
2                                        Attorney for Defendants
                                         GOLDEN TECHNOLOGY COMPANY,
3                                        ARNOLD CARSTON, LARRY CARRILLO,
                                         FRANCINE CLAYTON

---

PURSUANT TO STIPULATION, IT IS SO ORDERED.  **THE CLERK SHALL CLOSE THE FILE** of the lower-numbered action.

DATED: January 11, 2010.

WILLIAM H. ALSUP
U.S. DISTRICT JUDGE

*IT IS SO ORDERED — Judge William Alsup*

---